UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN STEVEN RANKE,

    Defendant.

1:21-cr-20689
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-10-2021

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 1466A(b)(1)
### Receipt of Obscene Visual Representations of the Sexual Abuse of Children

On or about August 5, 2021, in the Eastern District of Michigan, RUBEN STEVEN RANKE, having been previously convicted of an offense under 18 U.S.C. § 2252A(a)(1), knowingly possessed more than three visual depictions that depict a minor engaging in sexually explicit conduct and are obscene, namely the obscene drawings, cartoons, computer generated images and pictures including graphic image files depicting a minor female performing oral sex on a male, graphic image files depicting a minor female engaging in sexual intercourse with an adult male, and graphic image files depicting minor females in a lascivious

display of their genitals, that were shipped and transported in interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 1466A(a)(1).

## FORFEITURE ALLEGATION
18 U.S.C. 1467

Upon conviction of the offense alleged in this Information, RUBEN STEVEN RANKE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, all visual depictions that were produced, transported, mailed, shipped and received in violation of federal law; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and all property, real and personal, used or intended to be used to commit or promote the commission of the offenses of conviction.

Dated: November 10, 2021

SAIMA S. MOHSIN
Acting United States Attorney

_____
NANCY A. ABRAHAM
Assistant United States Attorney
2nd Floor Federal Building
600 Church Street
Flint, MI  48502
(810) 766-5177

_____
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes       X No | AUSA's Initials:  NAA |

**Case Title:**   USA v. RUBEN STEVEN RANKE

**County where offense occurred:**   Saginaw County

**Check One:**   X **Felony**      ☐ **Misdemeanor**      ☐ **Petty**

```
_____Indictment/___X_Information ---   no prior complaint.
_____Indictment/_____Information ---   based upon prior complaint [Case number:]
_____Indictment/_____Information ---   based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: November 10, 2021

s/NANCY A. ABRAHAM
Nancy A. Abraham.
Assistant United States Attorney
600 Church Street, Flint, MI 48502
Phone:   810-766-5177
E-Mail address: nancy.abraham@usdoj.gov
Attorney Bar #:   P-42060

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.